DECEMBER 3, 1999

No. 98–1904. UNITED STATES ET AL. *v.* WEATHERHEAD. C. A. 9th Cir. [Certiorari granted, 527 U. S. 1063.] Judgment vacated, and case remanded to the Court of Appeals with directions to order the vacation of the judgment of the United States District Court for the Eastern District of Washington and to dismiss the case as moot. JUSTICE SCALIA dissents.

DECEMBER 6, 1999

No. 99–6491. COUSINO *v.* NOWICKI ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 99–6495. BABA *v.* NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 99–6705. BURGESS *v.* KITZHABER ET AL. Ct. App. Ore. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2103. IN RE DISBARMENT OF MANEY. Disbarment entered. [For earlier order herein, see *ante,* p. 801.]

No. D–2105. IN RE DISBARMENT OF WARREN. Disbarment entered. [For earlier order herein, see *ante,* p. 802.]

No. D–2107. IN RE DISBARMENT OF BUCKLEY. Disbarment entered. [For earlier order herein, see *ante,* p. 925.]